UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------
GARY W. TIPTON,                              :
                                             :    CASE NO. 1:20-cv-02346
       Plaintiff,                     :
                                             :
v.                                           :    ORDER
                                             :    [Resolving Doc. 58]
CORE CIVIC OF AMERICA, et al.                :
                                             :
       Defendant.                     :
                                             :
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this case, Plaintiff Gary Tipton sues Lake Erie Correctional Institute medical staff and deputy warden for civil rights violations.[1] Now, Defendants seek to file a summary judgment motion exhibit attachment under seal.[2] The attachment contains Plaintiff Tipton's medical information.

The Sixth Circuit applies a "presumption of access" to court records.[3] A party seeking to seal an exhibit overcomes that presumption where information is privileged or where a statute requires confidentiality.[4] Medical information meets this standard, overcoming the presumption of access.[5]

For the reasons stated above, the Court **GRANTS** Defendants' motion to file the exhibit attachment under seal.

IT IS SO ORDERED.

---

[1] Doc. 46.
[2] Doc. 58.
[3] *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 308 (6th Cir. 2016).
[4] *Id.*
[5] *See, e.g. Moore v. Prevo*, 379 F. App'x 425, 428 (6th Cir. 2010).

Case No. 1:20-cv-02346
Gwin, J.

Dated: January 5, 2022  　　　　　　　　　　　*s/　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE